NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TONY HAWK,**
*Plaintiff-Appellant,*

v.

**GREG WHITE, MAGISTRATE JUDGE,**
*Defendant-Appellee.*

---

2011-1381

---

Appeal from the United States District Court for the Northern District of Ohio in case no. 10-CV-2914, Judge Donald C. Nugent.

---

**ON MOTION**

---

Before NEWMAN, SCHALL, and DYK, *Circuit Judges.*

PER CURIAM.

## ORDER

Magistrate Judge Greg White moves without opposition to dismiss this appeal for lack of jurisdiction.

Tony Hawk appeals from a decision of the United States District Court for the Northern District of Ohio dismissing his motion for reconsideration of dismissal of

his complaint. Hawk alleged that Magistrate Judge White had violated his due process rights by denying Hawk's disability claim brought pursuant to the Social Security Act.

This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Based upon our review, we determine that the district court's jurisdiction did not arise in whole or in part under the laws governing this court's appellate jurisdiction.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUL    7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jessica R. Toplin, Esq.
    Tony Hawk

s24

ISSUED AS A MANDATE:   __JUL    7 2011__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 7 2011

JAN HORBALY
CLERK